**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

No. 06-1128

RUBY M. ANDREWS AND BRIAN J. ANDREWS,

Plaintiffs, Appellants,

v.

THE CITY OF CALAIS, MAINE, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. John A. Woodcock, Jr., U.S. District Judge]

Before

Selya, Circuit Judge,
Campbell, Senior Circuit Judge,
and Lipez, Circuit Judge.

Ruby M. Andrews and Brian J. Andrews on brief pro se.
Edward R. Benjamin, Jr. and Thompson & Bowie, LLP on brief for appellees.

September 1, 2006

**Per Curiam**. Plaintiffs Ruby and Brian Andrews appeal the district court's grant of summary judgment in favor of defendants-- the City of Calais, Maine, the Calais Police Department, and three individual police officers--in this action brought under 42 U.S.C. § 1983. Plaintiffs alleged that the defendant police officers used excessive force and lacked probable cause to arrest Brian Andrews for operating a motor vehicle while intoxicated. They also attempted to assert theories of municipal liability. We have carefully reviewed the record and the parties' submissions and, essentially for the reasons stated in the Magistrate Judge's November 9, 2005, Recommended Decision, we affirm. See 1st Cir. R. 27(c).